**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Steven Riess, | No. CV 10-1331-PHX-RCB (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

    Plaintiff Richard Steven Riess, who was then confined in the Durango Jail in Phoenix, Arizona, filed a *pro se* motion for leave to exceed the page limit for his lodged Complaint, which he brought pursuant to 42 U.S.C. § 1983. (Doc. 1, 2.) In an Order filed July 27, 2010, the Court denied Plaintiff's motion with leave to file a complaint that substantially complied with Instructions within 30 days. (Doc. 7.) In an Order filed July 27, 2010, Plaintiff was granted leave to proceed *in forma pauperis* and to file a complaint on the court-approved form in compliance with the Instructions thereto within 30 days. (Id.) On September 9, 2010, this action was dismissed after Plaintiff failed to file an amended complaint. (Doc. 12.)

    On March 4, 2011, Plaintiff filed a notice of change of address reflecting that he is now held at the Eloy Detention Center, in Eloy, Arizona. (Doc. 13.) In the notice, Plaintiff asks that payment arrangements for this case be transferred to the Eloy Detention Center. (Doc. 14.) The Court will deny Plaintiff's request for two reasons. First, as stated in the Court's prior Order, a plaintiff "must not include a motion for other relief with a notice of

1  change of address." (Doc. 7 at 4.)  Second, this action has been closed for almost six months.
2  Under these circumstances, Plaintiff's request will be denied.
3      **IT IS ORDERED** that Plaintiff's request that payment arrangements for the filing fee
4  in this matter be transferred to the Eloy Detention Center is **denied**.  (Doc. 14.)
5      DATED this 17th day of March, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -