1  **WO**

6  **IN THE UNITED STATES DISTRICT COURT**
7  **FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 9  RICHARD STEVEN RIESS, | ) | No. CV 10-1331-PHX-RCB (ECV) |
| 10  Plaintiff, | ) | **ORDER** |
| 11  vs. | ) | |
| 12  JOSEPH M. ARPAIO, et al., | ) | |
| 13  Defendants. | ) | |

Plaintiff Richard Steven Riess, who was then confined in the Durango Jail in Phoenix, Arizona, filed a *pro se* motion for leave to exceed the page limit for his lodged Complaint, which he brought pursuant to 42 U.S.C. § 1983. (Doc. 1, 2.) In an Order filed July 27, 2010, the Court denied Plaintiff's motion with leave to file a complaint that substantially complied with the Instructions within 30 days. (Doc. 7.) In an Order filed July 27, 2010, Plaintiff was granted leave to proceed *in forma pauperis* and to file a complaint on the court-approved form in compliance with the Instructions within 30 days. (Id.) On September 9, 2010, this action was dismissed after Plaintiff failed to file an amended complaint and judgment was entered. (Doc. 12.)

On March 24, 2011, Plaintiff filed a motion to have payments deducted from his inmate account at the Eloy Detention Center, in Eloy, Arizona, where he was then held. (Doc. 16.) This action has been closed for more than a year and Plaintiff's motion was filed more six months after judgment was entered. Moreover, Plaintiff has since been removed

1  to Canada. See Riess v. Davis, No. CV11-0523-PHX-SRB, doc. 35. Accordingly, Plaintiff's
2  motion will be denied as moot.

3  **IT IS ORDERED** that Plaintiff's motion to have payments deducted from his inmate
4  account at Eloy Detention Center is **denied**.  (Doc. 16.)

5  DATED this 14th day of October, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -